IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
WELLS FARGO BANK, N.A.,        *
                               *
         Plaintiff,            *
                               *
    v.                         *    CV 117-013
                               *
KENNETH J. LAWRENCE,           *
                               *
         Defendant.            *
```

## O R D E R

On February 23, 2017, this Court determined that this case was improperly removed by Defendant Kenneth J. Lawrence in that the Court lacks subject-matter jurisdiction. The case was remanded to the Magistrate Court of Richmond County, Georgia.

At present, Defendant Lawrence has filed a Response to the Order of February 23, 2017, which the Clerk of Court docketed as a "Motion for Improper Foreclosure Injunctive Relief."[1] (Doc. 10.) This case is closed, and the Court still lacks subject-matter jurisdiction. Thus, the Court cannot grant any relief to Defendant Lawrence. For this

---

[1] While the title of the document is less than clear, Defendant Lawrence "petitions" the Court "for Motion in the United States District Court for the Southern District from the Magistrate Court of Richmond County" for injunctive relief. (Doc. 10, at 1.) Accordingly, the Clerk properly construed the document as a motion.

reason, Defendant Lawrence's motion (doc. 10) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___15th___ day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA